FILED BY _____ D.C.

05 DEC 21 AM 9:28

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

| | |
|---|---|
| **LUTHER CHARLES KING,** | )<br>)<br>) |
| Appellant, | )<br>) |
| v. | ) Case No. 04-3014<br>) |
| **KIMCO REALTY CORPORATION,** | )<br>) |
| Appellee. | )<br>) |

## ORDER TO SHOW CAUSE

On December 13, 2004, Appellant, Luther Charles King filed a notice of appeal from the Bankruptcy Court. To date, King has not prosecuted the appeal. Accordingly, Plaintiff is hereby ordered to prosecute the appeal within 30 days or show cause why the appeal should not be dismissed. Thereafter, the appeal will be dismissed.

**IT IS SO ORDERED** this 21 day of December, 2005.

BERNICE BOUIE DONALD
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 12/22/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 5 in case 2:04-CV-03014 was distributed by fax, mail, or direct printing on December 22, 2005 to the parties listed.

---

Jennie D. Latta
U.S. BANKRUPTCY COURT
200 Jefferson Avenue
Suite 500
Memphis, TN 38103

George W. Emerson
UNITED STATES CHAPTER 13 TRUSTEE'S OFFICE
200 Jefferson Avenue
11th Floor
Memphis, TN 38103

Gary C. McCullough
MCCULLOUGH & MCCULLOUGH
9050 Corporate Gardens Dr.
Germantown, TN 38138

Honorable Bernice Donald
US DISTRICT COURT